IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RADISH SEED GROWERS' ASSOCIATION, an Oregon cooperative; MID VALLEY FARMS, INC., and Oregon corporation; and KCK FARMS LLC, an Oregon limited liability Company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>NORTHWEST BANK, a Pennsylvania state-chartered savings association formerly known as Northwest Savings Bank,<br><br>        Defendant. | Case No. 6:17-cv-00716-MK<br>**OPINION AND ORDER** |

AIKEN, District Judge:

On April 29, 2019, Magistrate Judge Mustafa T. Kasubhai issued his Findings and Recommendation (F&R) (doc. 66), concluding that this Court's 2017 denial of defendant's Motion to Strike was a final appealable ruling under 28 U.S.C. § 1291 and recommending that defendant Northwest Bank's Renewed Special Motion to Strike (doc. 59) be denied as moot. Defendant filed timely objections. Accordingly,

Page 1 – OPINION AND ORDER

the Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered plaintiff's objections and conclude there is no basis to modify the F&R. I have also reviewed the pertinent portions of the record *de novo* and find no errors in Judge Kasubhai's F&R. Accordingly, the Court ADOPTS Judge Kasubhai's F&R (doc. 66).

IT IS SO ORDERED.

Dated this 27th day of May 2020.

/s/Ann Aiken

Ann Aiken
United States District Judge

Page 2 – OPINION AND ORDER